A05A0960. BROWN et al. v. PENLAND CONSTRUCTION
COMPANY, INC.
(647 SE2d 606)

SMITH, Presiding Judge.

In *Brown v. Penland Constr. Co.*, 281 Ga. 625 (641 SE2d 522) (2007), the Supreme Court affirmed in part and reversed in part this court's opinion in *Brown v. Penland Constr. Co.*, 276 Ga. App. 522 (623 SE2d 717) (2005). We therefore vacate our earlier opinion with regard to the judgment against Michael Brown and adopt the judgment of the Supreme Court as our own. The case is remanded to the trial court for entry of judgment consistent with this opinion.

*Judgment affirmed in part and reversed in part. Ellington and Adams, JJ., concur.*

DECIDED JUNE 5, 2007.

*Jarrard & Davis, Christopher D. Balch*, for appellants.
*Miller & Martin, Larry L. Cash, William D. Cunningham*, for appellee.